The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARAH RAHMAN and ARLETTE NIRAGIRA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00612-DGE<br><br>STIPULATED MOTION TO REMAND FOR PLAINTIFF NIRAGIRA AND ORDER<br><br>Noted for Consideration:<br>July 23, 2026. |

For good cause, Plaintiff Niragira and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to remand jurisdiction to United States Citizenship and Immigration Services ("USCIS") in order to adjudicate her application.[1]

Plaintiff Niragira brought this action pursuant to 8 U.S.C. § 1447(b), alleging that USCIS failed to adjudicate her Form N-400, Application for Naturalization, within 120 days after her

[1] On June 23, 2026, this Court remanded jurisdiction to USCIS as to Plaintiff Rahman's claims, and those claims were dismissed without prejudice and without fees or costs to either party. Dkt. 10.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

initial interview. Therefore, she seeks *de novo* review of her application and adjudication by this Court.

USCIS is now prepared to similarly resolve Plaintiff Niragira's claims by reviewing and adjudicating her N-400 Application. USCIS, however, cannot adjudicate Plaintiff Niragira's instant application unless and until the Court remands the matter to it. *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (*en banc*); *see also* 8 U.S.C. § 1447(b) (stating the district court may "remand the matter, with appropriate instructions, to the [USCIS] to determine the matter"). Therefore, the parties, by and through their respective counsel, hereby jointly stipulate and request that the Court remand Plaintiff Niragira's claims to USCIS. Once remanded, USCIS agrees to adjudicate Plaintiff Niragira's Form N-400 within 30 days of the remand order. If USCIS does not issue a decision on Plaintiff Niragira's Application for Naturalization within 30 days after entry of the Court's remand order, Defendant will not oppose any request by Plaintiff Niragira to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff Niragira's claims pursuant to 8 U.S.C. § 1447(b).

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 23rd day of July, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 293 words, in compliance with the Local Civil Rules.

*s/ Ayah Natasha El-Sergany*
AYAH NATASHA EL-SERGANY, WSBA No. 64611

*s/ Aaron Korthius*
AARON KORTHIUS, WSBA No. 53974

*s/ Matt Adams*
MATT ADAMS, WSBA No. 28287

*s/ Leila Kang*
LEILA KANG, WSBA No. 48048

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Phone: (206) 98104

*Attorneys for Plaintiffs*

# ORDER

Plaintiff Niragira's claims are dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall adjudicate Plaintiff Niragira's N-400 within 30 days of this Order.

IT IS HEREBY ORDERED.

Because all claims have been remanded, this case in now closed.

Dated this 27th day of July, 2026.

David G. Estudillo
United States District Judge